IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| REVA STUART and GARY STUART, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 10-0049-CV-W-HFS |
| BUREAU OF COLLECTION RECOVERY, INC., | ) |
| Defendant. | ) |

**ORDER**

Plaintiffs have filed a notice of voluntary dismissal with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to unilaterally dismiss a complaint "at any time before service by the adverse party of an answer or of a motion for summary judgment," which ever occurs first. The requirements of Rule 41(a)(1)(A)(i) have been met. Accordingly, it is hereby

ORDERED that the above-captioned case is DISMISSED with prejudice.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

April 23, 2010

Kansas City, Missouri